PROB 12C  
(06/17)

August 5, 2020  
pacts id: 5937791

**AMENDED**        UNITED STATES DISTRICT COURT        **AMENDED**
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Matthew Joseph Boswell (English)        **Dkt No.:** 19CR01672-001-CAB

**Reg. No.:** 74555-298

**Name of Sentencing Judicial Officer:** The Honorable Cathy Ann Bencivengo, U.S. District Judge

**Original Offense:** 8 U.S.C. §§ 1324(a)(1) (A)(ii), (v)(II) and (a)(1)(B)(i), Transportation of Certain Aliens for Financial Gain and Aiding and Abetting, a Class C felony.

**Date of Sentence:** December 13, 2019

**Sentence:** Time served (17 days); 3 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Modification:** On March 13, 2020, Your Honor modified conditions of supervision to include substance abuse treatment and testing, and alcohol abstinence.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** December 13, 2019

**Asst. U.S. Atty.:** Arnold Dale Blankenship        **Defense Counsel:** Eric Fish, Fed. Defs., Inc. (Appointed) (619) 234-8467

**Prior Violation History:** Yes. See prior court correspondence.

**PETITIONING THE COURT**

**TO AMEND THE ORIGINAL ORDER TO SHOW CAUSE DATED, FEBRUARY 21, 2020 TO INCLUDE THE FOLLOWING ALLEGATIONS**

PROB12(C)

| | |
|---|---|
| Name of Offender: Matthew Joseph Boswell | August 5, 2020 |
| Docket No.: 19CR01672-001-CAB | Page 2 |

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Special Condition)** Abstain from the use of any and all alcohol, and not be present in (or frequent) places where alcohol is the main item of sale. | 3. On or about May 1, 2020, Mr. Boswell consumed alcohol, as evidenced by the Murrieta Police Department Incident Report No.: 20-122-114. |
| | 4. On or about July 18, 2020, Mr. Boswell consumed alcohol, as evidenced by the Murrieta Police Department Incident Report No.: 20-200-074. |
| **(Mandatory Condition)** The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court. Testing requirements will not exceed submission of more than four (4) drug tests per month during the term of supervision, unless otherwise ordered by the court. | 5. On or about July 19, 2020, Mr. Boswell consumed alcohol, as evidenced by the Drug Aftercare Notification Report from Detection and Treatment Resources Inc. |
| | 6. On or about August 4, 2020, Mr. Boswell failed to comply with drug testing requirements as instructed by the probation officer, in that he failed to submit a breathalyzer test at the Detection and Treatment Resources Inc., as required. |

***Grounds for Revocation:***  As to allegation 3, I received and reviewed the Murrieta Police Department, Murrieta, California, Incident Report No.: 20-122-114, which confirms that on or about May 1, 2020, officers from the Murrieta Police Department responded to a call regarding a man who seemed to be under the influence, as he was stumbling, walking in the middle of the street, and at one point walked into a car. The reporting party informed the police officers that they saw the man enter an apartment unit, followed by a female yelling. Upon arrival, Murrieta Police Department identified the individual as Mr. Boswell in front of his residence. Mr. Boswell's girlfriend, Ms. Blankenship, was upset due to his intoxication. Murrieta police officers counseled Mr. Boswell to stay home, and Ms. Blankenship was advised to call the police department if further police assistance was needed. On May 8, 2020, Mr. Boswell's treatment plan was amended to include breathalyzer testing, in addition to random urinalysis drug testing.

As to allegation 4, I received and reviewed the Murrieta Police Department, Murrieta, California, Incident Report No.: 20-200-074, which confirms that, on or about July 18, 2020, officers from the Murrieta Police Department responded to Murrieta Mini Storage, Mr. Boswell's workplace. The reporting party observed Mr. Boswell "semi-passed out" at the desk and appeared to be intoxicated. Mr. Boswell was not arrested; however, was subsequently transported to the hospital for medical attention. The probation officer spoke to Mr. Boswell later that day, but it appeared he was still intoxicated. On July 20, 2020, Mr. Boswell admitted to consuming "a few shots of vodka" on July 18, 2020.

As to allegation 5, I received and reviewed the Drug Aftercare Notification Report from Detection and Treatment Resources Inc. which confirms, that on or about July 19, 2020 Mr. Boswell failed a breathalyzer test and tested for alcohol at a level of 0.046 and 0.043.

As to allegation 6, I received and reviewed the Drug Aftercare Notification Report from Detection and Treatment Resources Inc. which confirms, that on or about August 4, 2020, Mr. Boswell failed to submit to a breathalyzer test. On August 4, 2020, Mr. Boswell texted the probation officer that he would not make it to drug/alcohol testing because his car would not start. Mr. Boswell was informed by the probation officer he would not be excused from drug/alcohol testing.

**AMENDED**     **VIOLATION SENTENCING SUMMARY**     **AMENDED**

**SUPERVISION ADJUSTMENT**

Since the original petition was submitted by Your Honor on February 21, 2020, Mr. Boswell has continued to violate his conditions of supervision by consuming alcohol on more than one occasion and failing to comply with drug testing requirements. Additionally, it is concerning that Mr. Boswell reportedly becomes violent with his girlfriend when intoxicated. To his credit, Mr. Boswell is participating in mental health counseling, and remains a part-time college student.

**OFFENDER PERSONAL HISTORY/CHARACTERISTICS**

The Court is respectfully referred to the petition dated February 21, 2020 for more information about Mr. Boswell.

**SENTENCING OPTIONS/RECOMMENDATIONS**

The additional violations noted in this amended petition constitutes the same grade of violations as reported in the Petition dated February 21, 2020). There is no impact on the revocation imprisonment range of 3-9 months, and the sentencing recommendation remains the same. It is respectfully recommended that supervision be revoked, and Mr. Boswell be sentenced to 8 months of custody, followed by 28 months of supervision. This recommendation includes a 3-month low end of the guideline range sentence and 5 months of unserved home detention time. Additionally, it is requested Mr. Boswell participate and complete a residential drug treatment program, as well as abstain from all alcohol consumption.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: August 5, 2020**

Respectfully submitted:                                             Reviewed and approved:
DANIEL J. KILGORE
CHIEF PROBATION OFFICER

by _____                _____
Regan Gomes-Figueira                                             Christopher J. Marco
U.S. Probation Officer                                                Supervisory U.S. Probation Officer
(619) 557-6459

jga

PROB12CW                                                                                                              August 5, 2020

**AMENDED**                    VIOLATION SENTENCING SUMMARY                    **AMENDED**

1. **Defendant:**   Boswell, Matthew Joseph

2. **Docket No.** (Year-Sequence-Defendant No.)**:**   19CR01672-001-CAB

3. **List Each Violation and Determine the Applicable Grade** (*See* USSG § 7B1.1)**:**

   | **Violation(s)** | **Grade** |
   |---|---|
   | Use of alcohol | C |
   | Failure to comply with drug testing requirements as instructed. | C |

4. **Most Serious Grade of Violation** (*See* USSG § 7B1.1(b))                                           [          ]
5. **Criminal History Category** (*See* USSG § 7B1.4(a))                                                  [     I    ]
6. **Range of Imprisonment** (*See* USSG § 7B1.4(a))                                      [    3 to 9 months   ]

7. **Unsatisfied Conditions of Original Sentence**: List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (*See* USSG § 7B1.3(d)):

   | | | | |
   |---|---|---|---|
   | Restitution ($) |  | Community Confinement |  |
   | Fine($) |  | Home Detention | 156 days |
   | Other |  | Intermittent Confinement |  |

PROB12(C)
Name of Offender: Matthew Joseph Boswell							August 5, 2020
Docket No.: 19CR01672-001-CAB								Page 5

**THE COURT ORDERS:**

   X     THE ORIGINAL ORDER TO SHOW CAUSE DATED FEBRUARY 21, 2020, BE AMENDED TO INCLUDE THE ABOVE ADDITIONAL ALLEGATIONS.

_____  Other _____

_____		 8/5/2020
The Honorable Cathy Ann Bencivengo			Date
U.S. District Judge